**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>HOLLY GRIGSBY,<br><br>     Defendant. | NO. MJ12-434<br><br>DETENTION ORDER |

Offenses charged:

  Count 1:  Racketeering, in violation of 18 U.S.C. § 1962(c)

  Count 2:  RICO Conspiracy, in violation of 18 U.S.C. § 1962(d)

  Count 3:  Using/Carrying Firearms in Crime of Violence, Causing Death, in violation of 18 U.S.C. §§ 924(c) and 924(j)(1), and § 2

  Count 4:  Kidnapping Resulting in Death, in violation of 18 U.S.C. § 1201(a)(1) and § 2

  Count 5:  Using/Carrying Firearms in Crime of Violence, Causing Death, in violation of 18 U.S.C. §§ 924(c) and 924(j)(1), and § 2

  Counts 6 and 13:  Transportation of Stolen Motor Vehicle, in violation of 18 U.S.C. §§ 2312 and 2

  Count 7:  Use of Unauthorized Access Devices, in violation of 18 U.S.C. §§ 1029(a)(2), 1029(b)(1) and 1029(c)(1)(A)(l), and § 2

| | | |
|---|---|---|
| Counts 8 and 10: | Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A(a)(1) and § 2 | |
| Count 9: | Use of Unauthorized Access Devices, in violation of 18 U.S.C. §§ 1029(a)(2) and 1029(c)(1)(A)(i), and § 2 | |
| Count 11: | Carjacking, Resulting in Death, in violation of 18 U.S.C. § 2119(3) and § 2 | |
| Count 12: | Using/Carrying Firearms in Crime of Violence, Causing Death, in violation of 18 U.S.C. §§ 924(c) and 924(j)(1) and § 2 | |
| Count 15: | Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e)(1) | |

<u>Date of Detention Hearing</u>: August 20, 2012.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Defendant has stipulated to detention, but reserves the right to contest her continued detention when she makes her initial appearance on this charge in the District of Oregon.

2. There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community, pending his initial appearance in the District of Oregon.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending his initial appearance in the District of Oregon and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 2

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 21st day of August, 2012.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge